UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WADE P. JACKSON (#113076)                                    CIVIL ACTION

VERSUS

WARDEN JIM BROWN, ET AL.                                     NO. 06-0941-C-M2

JUDGMENT

For the written reasons assigned,

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby **DISMISSED,** without prejudice.

Baton Rouge, Louisiana, this 4th day of January, 2008.

_____
RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT